**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BRIAN DAVID KANE,

    Petitioner,                              Case No. 19-cv-12262

v.                                         HON. MARK A. GOLDSMITH

NOAH NAGY,

    Respondent,
_____/

## OPINION AND ORDER DENYING AS MOOT THE MOTION TO PROCEED IN FORMA PAUPERIS (Dkt. 50)

Petitioner, Brian David Kane, filed an application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, through his attorney Mary A. Owens. This Court denied the petition with prejudice. See Kane v. Nagy, No. 19-CV-12262, 2022 WL 4137811 (E.D. Mich. Sept. 12, 2022); app. dism. No. 23-1638 (6th Cir. Jan. 12, 2024).

Petitioner subsequently filed a pro se Rule 60(d)(1) and (3) motion for an independent action for relief from judgment, which the Court denied on January 27, 2025. See Kane v. Nagy, No. 19-CV-12262, 2025 WL 304535 (E.D. Mich. Jan. 27, 2025).

This Court granted Petitioner's motion to reopen the time for filing an appeal. See Kane v. Nagy, No. 19-CV-12262 (E.D. Mich. June 12, 2025).

The United States Court of Appeals for the Sixth Circuit subsequently denied Petitioner a certificate of appealability and dismissed Petitioner's appeal. See Kane v. Morrison, No. 25-1347 (6th Cir. Nov. 3, 2025).

Petitioner has now filed a motion to proceed in forma pauperis on appeal. (Dkt. No. 50). For the reasons that follow, the motion is denied as moot.

Petitioner requested to proceed in forma pauperis on appeal. In light of the fact that the Sixth Circuit has denied his request for a certificate of appealability and dismissed the appeal, any request to proceed in forma pauperis on appeal is denied as moot. See Burns v. White, 93 F. App'x 826, 828 (6th Cir. 2004)

The Court, therefore, denies as moot the motion to proceed in forma pauperis (Dkt. 50).

SO ORDERED.

Dated: November 21, 2025  s/Mark A. Goldsmith
Detroit, Michigan  MARK A. GOLDSMITH
 United States District Judge